# FEDERAL ENERGY REGULATORY COMMISSION *v.* SHELL OIL CO. ET AL.

No. 77–1652.   Argued January 15, 1979—Decided February 22, 1979*

*Howard E. Shapiro* argued the cause for petitioner in No. 77–1652 and respondent in No. 77–1654.   With him on the briefs were *Solicitor General McCree, Deputy Solicitor General Barnett, Richard A. Allen,* and *M. Frazier King, Jr. Charles E. Hill* argued the cause and filed briefs for petitioner in No. 77–1654.

*Thomas G. Johnson* argued the cause for respondents in No. 77–1652.   With him on the brief were *David G. Stevenson, David M. Whitney, W. O. Strong III, Richard F. Generelly, Alan Berlin, B. James McGraw, Edwin S. Nail, Justin R. Wolf, Thomas H. Burton, Robert C. Murray, David C. Henri, Arthur S. Berner, Richard G. Harris, William A. Sackmann, Tom P. Hamill, Robert D. Haworth, John L. Williford, Paul W. Hicks, Richard F. Remmers, James D. Olsen, W. B. Wagner, Jr., Pat F. Timmons, John A. Ramsey, Paul J. Broyles, Karen, A. Berndt, George C. Bond,* and *Kenneth L. Riedman, Jr.   Stephen M. Hackerman, Charles M. Darling IV, John M. Young,* and *Michael B. Silva* filed a brief for Tenneco Oil Co. et al., respondents in No. 77–1652.   *Edwin W. Edwards,* Governor of Louisiana, *William J. Guste, Jr.,* Attorney General, *James R. Patton, Jr., David B. Robinson,* and *Harry E.*

---

*Together with No. 77–1654, *Consumer Energy Council of America* v. *Federal Energy Regulatory Commission,* also on certiorari to the same court.

*Barsh, Jr.,* filed a brief for the State of Louisiana, respondent in No. 77–1652.†

Per Curiam.

The judgment is affirmed by an equally divided Court.

Mr. Justice Stewart took no part in the consideration or decision of these cases.

---

†Briefs of *amici curiae* urging reversal were filed by *Robert J. Hobbs* for the Action Alliance of Senior Citizens of Greater Philadelphia; by *Frederick Moring* for the Associated Gas Distributors; and by *Charles F. Wheatley, Jr.,* for the United States Conference of Mayors et al.

*Avrum M. Gross,* Attorney General, *Robert M. Maynard,* Assistant Attorney General, and *Robert H. Loeffler* filed a brief for the State of Alaska as *amicus curiae* urging affirmance.